Order issued October 4 , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01129-CV

## IN RE: DAVID K. FAGIN INSURANCE TRUST

## ORDER

Based on the Court's opinion of this date, we **DENY** as moot David K. Fagin's August 16, 2012 motion to dismiss appeal and August 31, 2012 supplemental motion to dismiss appeal.

ELIZABETH LANG-MIERS
JUSTICE